```
┌─────────────────────────────┐
│ USDC SDNY                    │
│ DOCUMENT                     │
│ ELECTRONICALLY FILED         │
│ DOC #: _____   │
│ DATE FILED: 5-7-10           │
└─────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
Hilda L. Solis                               :
                                             :
                                             :
                    Plaintiff(s),            :
                                             :        10  Civ. 1698   (PKC)
           - against -                       :
3 East Bakery Corp, d/b/a                    :
Back Stage Bakery, et. al,                   :
                                             :        CIVIL CASE MANAGEMENT PLAN
                    Defendant(s).            :           AND SCHEDULING ORDER
                                             :
------------------------------------------------------------x


        This Civil Case Management Plan (the "Plan") is submitted by the parties in accordance with Rule
26(f)(3), Fed. R. Civ. P.

1.      All parties (consent) (do not consent) to conducting all further proceedings before a Magistrate
        Judge, including motions and trial. 28 U.S.C. § 636(c). [Circle one.] The parties are free to withhold
        consent without adverse substantive consequences. [If all parties consent, the remaining paragraphs
        need not be completed.]

2.      This case (is) (is not) to be tried to a jury. [Circle one.]                    (30)

3.      Amended pleadings may not be filed and additional parties may not be joined except with leave of the
        Court. Any motion to amend or to join additional parties shall be filed within ~~75~~ days from the date
        of this Order, [Absent exceptional circumstances, thirty (30) days.] *except Exhibit A may be*
        *the subject of a a motion to amend within 75 days.*

4.      Initial disclosures, pursuant to Rules 26(a)(1), Fed. R. Civ. P., shall be completed not later than
        14  days from the date of this Order. [Absent exceptional circumstances, fourteen (14) days.]

5.      All fact discovery shall be completed no later than September 7, 2010 . [A period not to
        exceed 120 days, unless the Court finds that the case presents unique complexities or other
        exceptional circumstances.]

6.      The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the
        Local Rules of the Southern District of New York. The following interim deadlines may be extended
        by the written consent of all parties without application to the Court, provided that all fact discovery is
        completed by the date set forth in paragraph 5 above:

        a.      Initial requests for production of documents to be served by  June 11, 2010          .
        b.      Interrogatories to be served by June 11, 2010                                        .

-2-

c.   Depositions to be completed by _September 7, 2010_____.
d.   Requests to Admit to be served no later than _June 11, 2010_____.

7.   a.   All _expert_ discovery shall be completed no later than _N/A_____.
          [Absent exceptional circumstances, a date forty-five (45) days from the date in paragraph 5,
          _i.e._ the completion of all fact discovery.]

     b.   No later than thirty (30) days prior to the date in paragraph 5, _i.e._ the completion of all fact
          discovery, the parties shall meet and confer on a schedule for expert disclosures, including
          reports, production of underlying documents and depositions, provided that (i) expert report(s)
          of the party with the burden of proof shall be due before those of the opposing party's
          expert(s); and (ii) all expert discovery shall be completed by the date set forth in paragraph
          7(a).

8.   All motions and applications shall be governed by the Court's Individual Practices, including pre-
     motion conference requirements, except that motions _in limine_ may be made without a premotion
     conference on the schedule set forth in paragraph 11. Pursuant to the authority of Rule 16(c)(2), Fed.
     R. Civ. P., any motion for summary judgment will be deemed untimely unless a request for a
     premotion conference relating thereto is made in writing within fourteen (14) days of the date in
     paragraph 5, _i.e._, the close of fact discovery.

9.   All counsel must meet face-to-face for at least one hour to discuss settlement within fourteen (14) days
     following the close of fact discovery.

10.  a.   Counsel for the parties have discussed an informal exchange of information in aid of an early
          settlement of this case and have agreed upon the following:
          The parties have already had a preliminary  exchange of information
          and will continue to discuss amicable resolutions as the
          litigation proceeds.

     b.   Counsel for the parties have discussed the use of the following alternate dispute resolution
          mechanisms for use in this case: (i) a settlement conference before a Magistrate Judge; (ii)
          participation in the District's Mediation Program; and/or (iii) retention of a privately retained
          mediator.   Counsel for the parties propose the following alternate dispute resolution
          mechanism for this case: The parties propose utilizing  merchanism (1)

     c.   Counsel for the parties recommend that the alternate dispute resolution mechanism designated
          in paragraph b, be employed at the following point in the case (_e.g._ within the next sixty days;
          after the deposition of plaintiff is completed (specify date); after the close of fact discovery)
          At the conclusion of fact discovery

     d.   The use of any alternative dispute resolution mechanism does not stay or modify any date in
          this Order.

-3-

11.    The Final Pretrial Submission Date is thirty (30) days following the close of fact and expert discovery (whichever is later).  By the Final Pretrial Submission Date, the parties shall submit a Joint Pretrial Order prepared in accordance with the undersigned's Individual Practices and Rule 26(a)(3), Fed. R. Civ. P.  Any motions in limine shall be filed after the close of discovery and before the Final Pretrial Submission Date and the premotion conference requirement is waived for any such motion.  If this action is to be tried before a jury, proposed voir dire, jury instructions and verdict form shall also be filed by the Final Pretrial Submission Date.  Counsel are required to meet and confer on a joint submission of proposed jury instructions and verdict form, noting any points of disagreement in the joint submission.  Jury instructions may not be submitted after the Final Pretrial Submission Date, unless they meet the standard of Rule 51(a)(2)(A), Fed. R. Civ. P.  If this action is to be tried to the Court, proposed findings of fact and conclusions of law should be submitted by the Final Pretrial Submission Date.

12.    Counsel for the parties have conferred and their present best estimate of the length of trial is: Two weeks                    .

13.    [Other items, including those in Rule 26(f)(3).]

------------------------------------------------------------------------------------------------------

**TO BE COMPLETED BY THE COURT:**

The Plan has been reviewed by the Court and, except as modified, is adopted as the Scheduling Order of this Court in accordance with Rule 16(b), Fed. R. Civ. P.

14.    [Other]  Time to answer extended to fourteen (14) days from the date of this Order.

15.    The next Case Management Conference is scheduled for September 24, 2010 at 12 30 PM.

-4-

This ORDER may not be modified or the dates herein extended, except by further Order of this Court for good cause shown. Any application to modify or extend the dates herein (except as noted in paragraph 6) shall be made in a written application in accordance with paragraph 1(C) of the Court's Individual Practices and shall be made no less than five (5) days prior to the expiration of the date sought to be extended.

P. Kevin Castel
United States District Judge

Dated: New York, New York
5-7-10